IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NAILETH MARCANO-PARRA, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:26-cv-00596-PX |
| VERNON LIGGINS, *et al.*, | * | |
| Respondents. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Having considered the Petition for Writ of Habeas Corpus (ECF No. 1, Petition) along with the Joint Notice filed by the Parties (ECF No. 7), and the entire record in this case, good cause having been shown it is hereby:

ORDERED that the Petition is GRANTED in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is DENIED without prejudice as to any further relief at this time:

1. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to, and shall seek, a bond hearing consistent with 8 C.F.R. § 236.1(d), 8 C.F.R. § 1003.19 and 8 C.F.R. § 1236.1(d);

3. A bond hearing shall be held **within ten days of Petitioner's filing of such request** with the immigration court and the bond hearing shall be conducted pursuant to 8 U.S.C. § 1226(a);

4. The bond hearing shall be conducted by an immigration judge with jurisdiction over the place of Petitioner's detention or with administrative control over Petitioner's removal proceedings and need not take place in Maryland;

5. If bond is granted and Petitioner is released, nothing in the Court's Order precludes ICE from imposing reasonable conditions of release;

6.   If Petitioner is not provided with a bond hearing before an immigration judge in compliance with the Order, Respondents shall release Petitioner from custody, with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at immigration court in Maryland;

7.   The Parties shall provide the Court with a Joint Status Report within 14 days of the date of the Court's Order.

Dated: 2/18/2026

/s/
_____
Paula Xinis
United States District Judge